UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61959-CIV-DIMITROULEAS

TERRANCE MLECZKO and
TM DEFENSE SOLUTIONS LLC,
Individually and on Behalf of All Others Similarly Situated,

     Plaintiffs,

vs.

DAVID DAVIS and FREDERICK S.
CROMER,

     Defendants.

_____/

## SUPPLEMENT AND CORRECTION TO ORDER [DE 10]

It had appeared to the Court that Plaintiffs attempted to justify their failure to confer by stating they had run out of time to file their motion, which of course is no good reason for noncompliance with local rules. Upon closer inspection it seems Plaintiffs did not make that representation. Although the Court appreciates that Plaintiffs were not able to confer with other potential movants prior to filing this motion as none have appeared in the record within the statutorily allotted time, Plaintiffs must nonetheless confer with Defendants pursuant to rule Local Rule 7.1(a)(3) and have not done so.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida this 3rd day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: Counsel of record