**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:25-cv-61959-CIV-DIMITROULEAS

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf of
All Others Similarly Situated,

    Plaintiffs,

    v.

DAVID DAVIS AND FREDERICK S.
CROMER,

    Defendants.

**[PROPOSED] ORDER REGARDING SCHEDULING**

This cause is before the Court upon Co-Lead Plaintiffs Terrance Mleczko and TM Defense Solutions LLC ("Co-Lead Plaintiffs") and Defendants David Davis and Frederick S. Cromer ("Defendants," and, together with Co-Lead Plaintiffs, the "Parties") joint motion requesting modification to the schedule in this action [DE 19], filed herein on December 22, 2025.

The Court has considered the joint motion and it is hereby **ORDERED** that the joint motion is **GRANTED.**

1.    Defendants shall have no obligation to answer, move against, or otherwise respond to any complaint in this action until after Co-Lead Plaintiffs file an amended complaint (the "Amended Complaint").

2.    Co-Lead Plaintiffs' Amended Complaint shall be filed on March 2, 2026.

3.    Nothing in this Order shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court.

2

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of December, 2025.


_____
WILLIAM P. DIMITROULEAS
United States District Judge


Copied furnished to:
All counsel of record