**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:25-cv-61959-CIV-DIMITROULEAS

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf of
All Others Similarly Situated,

            Plaintiffs,

      v.

DAVID DAVIS AND FREDERICK S.
CROMER,

            Defendants.

## ORDER ON "JOINT MOTION REQUESTING MODIFICATION OF SCHEDULE"

This cause is before the Court upon Co-Lead Plaintiffs Terrance Mleczko and TM Defense Solutions LLC ("Co-Lead Plaintiffs") and Defendants David Davis and Frederick S. Cromer ("Defendants," and, together with Co-Lead Plaintiffs, the "Parties") joint motion requesting modification to the schedule in this action [DE 19], filed herein on December 22, 2025.

Defendants' response to the Complaint was due yesterday, on December 22, 2025. Rather than file a response, parties moved for a "Joint Motion for Modification of Schedule," though no scheduling order has been set in this case, and the operative deadlines are imposed by the Federal Rules of Civil Procedure.

In their motion, parties explain that Co-Lead Plaintiffs wish to file an amended complaint, and that therefore, filing an answer or response to the complaint would be "premature." Plaintiffs do not attach an amended complaint; instead they propose March 2, 2026 as the deadline for filing an amended complaint.

In addition, Defendants note that Spirit Aviation Holdings, Inc. and five of its affiliates that are debtors in bankruptcy proceedings commenced on August 29, 2025, under chapter 11 of the United

States Bankruptcy Code and currently pending in the United States Bankruptcy Court for the Southern District of New York intend to file a motion in the Bankruptcy Court seeking to extend the automatic stay under 11 U.S.C. §362(a)  in this case during the pendency of the bankruptcy proceedings, which could further impact the schedule in this action.

It is hereby **ORDERED AND ADJUDGED** that the joint motion [DE 19] is **DENIED.** The Court declines to put the instant action in limbo, without an operative complaint or response deadline. Defendants' response to the Complaint remains due; failure to file a response to the Complaint—or move for an extension of time within which to file a response to the Complaint—within one week, will result in the Court deeming Defendants to be in default and requiring Plaintiffs to move for default judgment. Should Plaintiffs wish to file an amended complaint when one is prepared for filing, they may move to do so.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of December, 2025.

Copied furnished to:
All counsel of record

WILLIAM P. DIMITROULEAS
United States District Judge

2