**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:25-cv-61959-CIV-DIMITROULEAS

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf of
All Others Similarly Situated,

              Plaintiffs,

      v.

DAVID DAVIS AND FREDERICK S.
CROMER,

              Defendants.

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE is before the Court on the Motions to Appear *Pro Hac Vice*, Consent to

Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 17, 18]

("Motions"), filed on December 22, 2025. The Court has carefully reviewed the Motion and is

otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** that the Motions [DE 17, 18] are

**GRANTED.** Esther C. Townes and Dana M. Seshens may appear as co-counsel on behalf of on

behalf of Defendants David Davis and Frederick S. Cromer ("Defendants"), in the above-styled

case only. The Clerk shall provide electronic notification of all electronic filings to Esther C.

Townes at esther.townes@davispolk.com and Dana M. Seshens at

dana.seshens@davispolk.com.

The Court reserves the power to withdraw permission for special appearance prior to and

during the time of trial.  Failure to abide by any Court order <u>or</u> failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status.  Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record