UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TERRANCE MLECZKO and TM DEFENSE SOLUTIONS LLC, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DAVID DAVIS and FREDERICK S. CROMER,

    Defendants.

Case No. 0:25-cv-61959-WPD

## ORDER GRANTING DEFENDANTS DAVID DAVIS AND FREDERICK S. CROMER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

THIS CAUSE is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint. [DE 24]. The Court has reviewed the Motion, notes that it is unopposed, and is otherwise fully advised in the premises

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Motion [DE 24] is **GRANTED**. Defendants have up to and including January 27, 2026, to respond to Plaintiffs' Complaint.

**DONE AND ORDERED**, this 29th day of December, 2025.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

*Copies furnished to:*
*All counsel of record*