**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf
of All Others Similarly Situated,

       Plaintiff,

v.

DAVID DAVIS and FREDERICK S.
CROMER,

       Defendants.

Case No. 0:25-cv-61959-WPD

**ORDER GRANTING DEFENDANTS DAVID DAVIS AND FREDERICK S. CROMER'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Court has considered Defendants' Unopposed Motion for Extension of Time to Respond to Complaint Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and is otherwise fully advised in the premises.

Accordingly, it is OR**DERED AND ADJUDGED** that the Motion is [DE 30] **GRANTED**. Defendants have up to and including February 24, 2026, to respond to Plaintiffs' Complaint.

**DONE AND ORDERED** this 20th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

*Copies furnished to:*
*All counsel of record*

1