**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiffs,

         v.

DAVID DAVIS and FREDERICK S.
CROMER,

                    Defendants.

Case No. 0:25-cv-61959-WPD

**[PROPOSED] ORDER GRANTING**
**JOINT CONSENT MOTION TO SET A DEADLINE FOR THE FILING OF AN**
**AMENDED COMPLAINT AND VACATE THE CURRENT RESPONSE DEADLINE**

The Court, having considered the Joint Consent Motion to Set a Deadline for the

Filing of an Amended Complaint and Vacate the Current Response Deadline, pursuant to

Rules 6(b) and 15(a)(2) of the Federal Rules of Civil Procedure and Local Rule 7.1(a)(1), is

of the opinion that the Motion should be **GRANTED**.

      **IT IS ORDERED** that the MOTION is GRANTED.  Plaintiffs may file an

Amended Complaint by February 27, 2026.  Defendants' deadline to respond to the Initial

Complaint is hereby vacated.

      **DONE AND ORDERED**, this _____ day of _____, 2026.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copied furnished to:
All counsel of record