UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TERRANCE MLECZKO and TM DEFENSE SOLUTIONS LLC, Individually and on Behalf of All Others Similarly Situated,

                         Plaintiffs,

            v.

DAVID DAVIS and FREDERICK S. CROMER,

                         Defendants.

Case No. 0:25-cv-61959-WPD

**ORDER DENYING
JOINT CONSENT MOTION TO SET A DEADLINE FOR THE FILING OF AN
AMENDED COMPLAINT AND VACATE THE CURRENT RESPONSE DEADLINE**

      This cause is before the Court upon Co-Lead Plaintiffs Terrance Mleczko and TM Defense Solutions LLC ("Co-Lead Plaintiffs") and Defendants David Davis and Frederick S. Cromer ("Defendants") Joint Consent Motion to Set a Deadline for the Filing of an Amended Complaint and Vacate the Current Response Deadline [DE 32], filed herein on February 13, 2026.

      Defendants' current response deadline is February 24, 2026. In their motion, Parties state that Co-Lead Plaintiffs "intend" to file an amended complaint and that therefore, filing an answer or response to the complaint would be "not serve the interests of judicial economy." Plaintiffs do not attach an amended complaint; instead, they propose February 27, 2026 as the deadline for filing an amended complaint.

      The Court previously denied a nearly identical motion by Parties in this case, wherein Plaintiffs moved for a "Joint Motion for Modification of Schedule," requesting the vacatur of

Defendants' response deadline and the establishment of a deadline by which to file an amended complaint, two months into the future.

It is not clear why the instant motion presents a different argument from the one previously rejected; as such, the motion is denied for the identical reasons as those already stated. Once again, the Court declines to put the instant action in limbo, without an operative complaint or response deadline. Defendants' response to the Complaint remains due on February 24, 2026; failure to file a response to the Complaint—or move for an extension of time within which to file a response to the Complaint—within one week, will result in the Court deeming Defendants to be in default and requiring Plaintiffs to move for default judgment. Should Plaintiffs wish to file an amended complaint when one is prepared for filing, they may move to do so.

To be clear, going forward, Parties may only move for the extension of one deadline at a time, and may not attempt to establish "schedules" that deviate from existing deadlines.

Accordingly, it is **ORDERED AND ADJUDGED** that the joint motion [DE 32] is **DENIED.**

**DONE AND ORDERED**, in Chambers at Fort Lauderdale, Florida, this 17th day of February, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copied furnished to:
All counsel of record