UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TERRANCE MLECZKO and TM DEFENSE SOLUTIONS LLC, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

DAVID DAVIS and FREDERICK S. CROMER,

    Defendants.

Case No. 0:25-cv-61959-WPD

**ORDER GRANTING DEFENDANTS DAVID DAVIS AND FREDERICK S. CROMER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This cause is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. [DE 34]. The Court has considered the Motion and is otherwise fully advised.

Accordingly, it is **ORDERED** and **ADJUDGED** that Defendants' Motion [DE 34] is **GRANTED**. Defendants have up to and including March 3, 2026, to respond to Plaintiffs' Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 19th day of February, 2026.

*Copies furnished to:*
*All counsel of record*

WILLIAM P. DIMITROULEAS
United States District Judge