**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf
of All Others Similarly Situated,

                     Plaintiffs,                **Case No. 0:25-cv-61959-WPD**

              v.

DAVID DAVIS and FREDERICK S.
CROMER,

                     Defendants.

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

The Court, having considered the Plaintiffs' Motion for Leave to File an Amended

Complaint and Supporting Memorandum of Law, pursuant to Rule 15(a)(2) of the Federal Rules

of Civil Procedure and Local Rule 7.1(a)(1), is of the opinion that the Motion should be

**GRANTED**.

      **IT IS ORDERED** that the MOTION is GRANTED.  Plaintiffs shall file the Amended

Complaint.

2

**DONE AND ORDERED**, this _____ day of _____, 2026.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copied furnished to:
All counsel of record