**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiffs,        **Case No. 0:25-cv-61959-WPD**

         v.

DAVID DAVIS and FREDERICK S.
CROMER,

                Defendants.

**ORDER GRANTING**
**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

The Court has considered the Plaintiffs' Motion for Leave to File an Amended Complaint

and Supporting Memorandum of Law, pursuant to Rule 15(a)(2) of the Federal Rules of Civil

Procedure and Local Rule 7.1(a)(1) and is otherwise fully advised.

Accordingly, it is **ORDERED** that the Motion [DE 40] is **GRANTED**.  Plaintiffs shall file

the Amended Complaint [DE  40-3] by March 3, 2026.

**DONE AND ORDERED**, this 2nd day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copied furnished to:
All counsel of record