UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf
of All Others Similarly Situated,

      Plaintiff,

v.

DAVID DAVIS, FREDERICK S. CROMER,
EDWARD M. CHRISTIE III,

      Defendants.

Case No. 0:25-cv-61959-WPD

**ORDER GRANTING DEFENDANTS DAVID DAVIS,
FREDERICK S. CROMER, AND EDWARD M. CHRISTIE III'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
THE AMENDED COMPLAINT AND FOR LEAVE TO FILE EXCESS PAGES**

This Cause is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint and for Leave to File Excess Pages [DE 46]. The Court has reviewed the Motion and is fully advised.

Accordingly, it is **ORDERED AND AJDUGED** that Defendants' Motion is [DE 46] is **GRANTED**. Defendants have up to and including April 16, 2026, to respond to Co-Lead Plaintiffs' Amended Complaint and are permitted to file a combined motion of no more than twenty-five (25) pages.

**DONE AND ORDERED**, in Fort Lauderdale, Florida, this 11th day of March, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record

1