**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf
of All Others Similarly Situated,

       Plaintiff,

v.

DAVID DAVIS, FREDERICK S. CROMER,
EDWARD M. CHRISTIE III,

       Defendants.

Case No. 0:25-cv-61959-WPD

**ORDER GRANTING IN PART DEFENDANTS DAVID DAVIS,**
**FREDERICK S. CROMER, AND EDWARD M. CHRISTIE III'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**THE AMENDED COMPLAINT AND FOR LEAVE TO FILE EXCESS PAGES**

This Cause is before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to the Amended Complaint and for Leave to File Excess Pages [DE 48]. The Court has reviewed the Motion and is fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Motion [DE 48] is **GRANTED IN PART.** Defendants have up to and including April 22, 2026, to respond to Co-Lead Plaintiffs' Amended Complaint and are permitted to file a combined motion of no more than twenty-five (25) pages.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 13th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

*Copies furnished to:*
*All counsel of record*

1