UNITED STATES DISTRICT COURT
**SOUTHERN DISTRICT OF FLORIDA**

TERRANCE MLECZKO and TM DEFENSE
SOLUTIONS LLC, Individually and on Behalf
of All Others Similarly Situated,

     Plaintiffs,

  v.

DAVID DAVIS, FREDERICK S. CROMER,
and EDWARD M. CHRISTIE III,

     Defendants.

Case No. 0:25-cv-61959-WPD

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR (1) EXTENSION OF
TIME TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, (2)
LEAVE TO FILE FIVE EXCESS PAGES IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS, AND (3) EXTENSION OF TIME TO FILE
THEIR OPPOSITION TO DEFENDANTS' REQUEST FOR
CONSIDERATION OF DOCUMENTS AND JUDICIAL NOTICE**

This Cause is before the Court on Plaintiffs' unopposed motion for: (1) an extension of

time for their Opposition to Defendants' Motion to Dismiss ("Opposition Brief") to June 5, 2026,

(2) leave to file a 25-page Opposition Brief, and (3) an extension of time to file their Opposition

to Defendants' Request for Consideration of Documents and Judicial Notice ("Request for

Judicial Notice") [DE 55].  The Court has reviewed the motion and is fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion [DE 55] is

**GRANTED**.  Plaintiffs have up to and including **June 5, 2026,** to respond to Defendants'

Motion to Dismiss and Defendants' Request for Judicial Notice and are permitted to file an

Opposition Brief of no more than twenty-five (25) pages.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 27th day of

April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

*Copies furnished to:*
*All counsel of record*