**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| TERRANCE MLECZKO and TM DEFENSE SOLUTIONS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID DAVIS, FREDERICK S. CROMER, and EDWARD M. CHRISTIE III,<br><br>Defendants. | Case No. 0:25-cv-61959-WPD |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SECOND AMENDED COMPLAINT**

This Cause is before the Court on Plaintiffs' Motion for Extension of Time to file their Second Amended Complaint [DE 64]. The Court has reviewed the Motion and is fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion [DE 64] is **GRANTED**. Plaintiffs have up to and including September 10, 2026, to file their Second Amended Complaint.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 18th day of August, 2026.

William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

*Copies furnished to:*
*All counsel of record*