UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25-cv-61959-WPD

TERRANCE MLECZKO and TM DEFENSE SOLUTIONS LLC, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

DAVID DAVIS and FREDERICK S. CROMER,

Defendants.
_______________________________________ /

**ORDER APPROVING NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EDWARD M. CHRISTIE**

THIS CAUSE came before the Court on the Notice of Voluntary Dismissal as to Defendant Edward M. Christie, filed September 11, 2026. [DE 70]. The Court has considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 70] is **APPROVED**.
2. This case is **DISMISSED WITHOUT PREJUDICE** as to Defendant Edward M. Christie.
3. This case remains pending as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record